UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**CLOSED**

| | |
|---|---|
| DONNELL LINTON, | Civil Action No.: 06-5080 (JLL) |
| Plaintiff(s), | |
| v. | O R D E R |
| L'OREAL USA | |
| Defendant(s). | |

It appearing that it has been reported to the Court that the above captioned matter has been settled:

**It is on this** 20th **day of JANUARY, 2010;**

**ORDERED**, that this action be and hereby is dismissed, without costs and without prejudice to the right, upon good cause shown within **60** days, to reopen the action if the settlement is not consummated.

_____
JOSE L. LINARES, U.S.D.J.